IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ZACHARY PETTWAY** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:16cv120-HSO-JCG |
| | § | |
| **CLARK OIL CO., SAUNDRA BROWN AND MIKE SAXER** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon the parties' Joint Motion to Approve Settlement [39]. The parties have agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter to enforce the "Confidential Settlement Agreement and Full and Final General Release." The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Agreed Order of Dismissal with Prejudice entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE** as to all parties, and that the Court hereby specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED AND ADJUDGED**, this the 16th day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE